IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRIAN TACKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:02 cv 1271 JPG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING AND DISCOVERY ORDER**

The following discovery schedule shall apply in this case:

1. All discovery shall be completed by **November 7, 2005**  The plaintiff is instructed to seek discovery from the defendant(s) and to follow the Federal Rules of Civil Procedure prior to filing any motion regarding discovery with the Court.

2. Any additional dispositive motions shall be filed by **December 5, 2005.**  Any dispositive motions filed after this date may not be considered by the Court.  The defendant(s) is/are to use the Lewis v. Faulkner, 689 F.2d 100 (7th Cir. 1982), Notice located on this Court's webpage when filing a motion for summary judgment in a *pro se* case.

3. Leave to depose the plaintiff is **GRANTED** on the condition that prior arrangements be made with the warden at the institution where plaintiff is confined.  All depositions shall be completed before the close of discovery.

4. Plaintiff is to advise the Court and opposing counsel of any changes in his mailing address within 7 days of the address change.  Failure to do so will result in sanctions which may include dismissal.

**IT IS SO ORDERED.**

**DATED: May 6, 2005**

> **s/ Donald G. Wilkerson**
> **DONALD G. WILKERSON**
> **United States Magistrate Judge**