IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN TACKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 02-CV-1271-JPG |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all claims by plaintiff Brian Tackett against defendant United States of America in this case are **DISMISSED with prejudice.**

**DATED: March 22, 2006.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans,**
**Deputy Clerk**

**APPROVED: /s / J. Phil Gilbert**
          **J. PHIL GILBERT**
          **U.S. District Judge**